United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                Case No. 22-50170-KMS

Regina May Catrett                                                      Chapter 13

Barry Lane Catrett

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 12, 2026 | Form ID: n001 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Regina May Catrett, Barry Lane Catrett, 15071 Baylor Ave, Gulfport, MS 39503-3664 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bnc-quantum@quantum3group.com | Jun 12 2026 19:25:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, wa 98083-0788 |
| 5102128 | + Email/Text: bnc@bass-associates.com | Jun 12 2026 19:24:00 | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | |
| | on behalf of Debtor Regina May Catrett jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |

District/off: 0538-6                      User: mssbad                              Page 2 of 2
Date Rcvd: Jun 12, 2026                   Form ID: n001                         Total Noticed: 3

Jennifer A Curry Calvillo
                    on behalf of Joint Debtor Barry Lane Catrett jennifer@therollinsfirm.com
                    jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Natalie Kareda Brown
                    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. nbrown@rlselaw.com,
                    lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com

Natalie Kareda Brown
                    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC nbrown@rlselaw.com,
                    lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com

Ronald Timothy Wilson, I
                    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC ronaldtimothywilson@yahoo.com, twilson@alcorn.edu

Thomas Carl Rollins, Jr
                    on behalf of Joint Debtor Barry Lane Catrett trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
                    on behalf of Debtor Regina May Catrett trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                    USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
                    wcuntzcourt@gport13.com  waccourt1@gmail.com


TOTAL: 9

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**  Regina May Catrett
Barry Lane Catrett

**Case No.:**22−50170−KMS

**Chapter** 13

**To:**  Assignee/Transferee

Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA 98083−0788

**To:**  Assignor/Transferor

Accelerated Inventory Mgt. LLC
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712

### Notice of Assignment/Transfer of Claim

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that Accelerated Inventory Mgt LLC has assigned/transferred its claim in the amount of $16,653.50 to Quantum3 Group LLC as agent for Velocity Investments LLC.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **July 6, 2026** you are required to file a written response.  Registered users of the Electronic Case Filing (ECF) system should file any response using ECF.  Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: June 12, 2026

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

228−563−1790