_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 10, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **REGINA MAY & BARRY LANE CATRETT** | **CASE NO. 22-50170-KMS** |

### ORDER RELEASING EARNINGS OF DEBTOR
**BARRY LANE CATRETT (SSN # XXX-XX-2678)**

THE ORDER **(Dkt. 48)** heretofore entered in these proceedings by which the debtor's employer:

> **SWETMAN SECURITY SERVICES**
> **180 DELANEY ST**
> **BILOXI MS 39530**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**