# Proceeding Minutes / Proceeding Memo

**Case #:** 22-50170 **Case Name:** Regina May Catrett and Barry Lane Catrett

**Set:** 10/29/2026 10:00 am **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 9/24/2026 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 10/15/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Dkt. #63)

Response filed by the Debtors (Dkt. #64)

---

Minute Entry Re: (related document(s): [63] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) An Agreed Order has been submitted by Cuntz. Hearing removed. Tickle for date: 11/05/2026. (mcc)