**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 27, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13** |
| REGINA MAY CATRETT | **CASE NO.: 22-50170 KMS** |
| **BARRY LANE CATRETT** | |

## **AMENDED**ORDER UPON DEBTOR(S) DIRECTING PAYMENTS TO TRUSTEE

IT APPEARING TO THE COURT that the above-referenced Debtor(s) have subjected earnings to the jurisdiction of this Court and that the Debtor(s) are subject to such Orders of this Court as are necessary to effectuate the provisions of the proposed bankruptcy plan[1]. The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1) and § 1326(a)(1)(A), that:

**BARRY LANE CATRETT**
**15071 BAYLOR AVE**
**GULFPORT, MS 39503**

**are *directed to pay the* amended sum of **$1,454.50**per month effective with the payment due before noon on October 30th, 2026.** Payments can be made through TFSbillpay.com or by CERTIFIED FUNDS. Payments through TFSbillpay.com will need to be submitted 7 days prior to the due date to be receipted timely. Payments by CERTIFIED FUNDS must be received before noon of the last business day of the month and include your name and case number and payable to Warren A. Cuntz, Jr., Trustee and mailed to:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

and continuing monthly, unless or until: (a) the payment amount is altered or modified by Court Order or (b) the Debtor(s) are released from making further plan payments.

**##END OF ORDER##**

[1] Plan payment adjusted due to TMTD (Dkt. 63). ** Split portion. Total monthly payment $2,909.00.