**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 10, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13** |
| **REGINA MAY CATRETT** | **CASE NO.: 22-50170 KMS** |
| BARRY LANE CATRETT | |

***AMENDED* ORDER DIRECTING EMPLOYER TO DEDUCT FROM WAGES OF DEBTOR, REGINA MAY CATRETT (S.S.N. # xxx-xx-0062)**

IT APPEARING TO THE COURT that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the employer for the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the Debtor's proposed bankruptcy plan.[1] The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1), § 1325(c) and §1326(a)(1)(A), that:

**VA FSC PAYROLL SUPPORT**
**1615 WOODWARD ST**
**AUSTIN, TX 78772**

is directed to deduct from Debtor's wages the amended sum of ****$1,526.00** per month effective IMMEDIATELY.** Payments can be mailed or paid electronically through TFSBillpay.com/employer. If mailed, please include the name, case number, made payable to: **Warren A. Cuntz, Jr., Trustee**, and mail to:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

***THE TRUSTEE "MUST" RECEIVE THE FOREGOING SUM BEFORE NOON ON OR BEFORE THE LAST BUSINESS DAY OF EACH MONTH THEREAFTER, REGARDLESS OF THE DEBTOR'S PAYROLL INTERVAL (ie. WEEKLY, BI-WEEKLY OR SEMI-MONTHLY).**

The foregoing monthly deduction shall continue until such time as the employer receives an Order from this Court releasing the wages of the Debtor.

**##END OF ORDER##**

[1] **Payment amended due to internal audit. ** SPLIT PAYMENT****