United States Bankruptcy Court
Southern District of Mississippi

In re:
Regina May Catrett
Barry Lane Catrett
Debtors

Case No. 22-50170-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6
Date Rcvd: Nov 10, 2026

User: mssbad
Form ID: pdf012

Page 1 of 2
Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Regina May Catrett, Barry Lane Catrett, 15071 Baylor Ave, Gulfport, MS 39503-3664 |
| | + | VA FSC Payroll Support, 1615 Woodward St, Austin, TX 78772-7830 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Barry Lane Catrett jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Regina May Catrett jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Natalie Kareda Brown | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com |
| Natalie Kareda Brown | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC nbrown@rlselaw.com, |

| | |
|---|---|
| | lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com |
| Ronald Timothy Wilson, I | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC ronaldtimothywilson@yahoo.com, twilson@alcorn.edu |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Barry Lane Catrett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| Thomas Carl Rollins, Jr | on behalf of Debtor Regina May Catrett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 9

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 10, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13** |
| **REGINA MAY CATRETT** | **CASE NO.: 22-50170 KMS** |
| BARRY LANE CATRETT | |

***AMENDED* ORDER DIRECTING EMPLOYER TO DEDUCT FROM WAGES OF DEBTOR, REGINA MAY CATRETT (S.S.N. # xxx-xx-0062)**

IT APPEARING TO THE COURT that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the employer for the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the Debtor's proposed bankruptcy plan.[1] The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1), § 1325(c) and §1326(a)(1)(A), that:

**VA FSC PAYROLL SUPPORT**
**1615 WOODWARD ST**
**AUSTIN, TX 78772**

is directed to deduct from Debtor's wages the amended sum of ****$1,526.00**** **per month effective IMMEDIATELY.** Payments can be mailed or paid electronically through TFSBillpay.com/employer. If mailed, please include the name, case number, made payable to: **Warren A. Cuntz, Jr., Trustee**, and mail to:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

***THE TRUSTEE "MUST" RECEIVE THE FOREGOING SUM BEFORE NOON ON OR BEFORE THE LAST BUSINESS DAY OF EACH MONTH THEREAFTER, REGARDLESS OF THE DEBTOR'S PAYROLL INTERVAL (ie. WEEKLY, BI-WEEKLY OR SEMI-MONTHLY).**

The foregoing monthly deduction shall continue until such time as the employer receives an Order from this Court releasing the wages of the Debtor.

**##END OF ORDER##**

[1] **Payment amended due to internal audit. ** SPLIT PAYMENT****